# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** March 14, 2024

**CASE OF:** IN RE: AMENDMENTS TO RULES REGULATING THE FLORIDA BAR - CONTINUING LEGAL EDUCATION

**DOCKET NO.:** SC2023-1412

**OPINION FILED:** February 29, 2024

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On page 12, line 19, changed "one" to "1" in paragraph (c) under Rule 21-3.1.

On page 12, line 20, changed "three" to "3" in paragraph (c) under Rule 21-3.1.

**SIGNED:  OPINION CLERK**